# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Javier Winston Enriquez aka Javier W. Enriquez, aka Javier Enriquez, dba JT Trucks, LLC** | **BK NO. 24-01499 MJC** |
| **Debtor(s)** | **Chapter 13** |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of SWBC Mortgage Corporation and index same on the master mailing list.

    Respectfully submitted,

/s/ *Brent J. Lemon*
PA Middle BK
02 Jul 2024, 14:07:37, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322