Certificate Number: 12433-PAM-DE-038711088

Bankruptcy Case Number: 24-01499



12433-PAM-DE-038711088

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on <u>July 27, 2024</u>, at <u>5:43</u> o'clock <u>PM EDT</u>, <u>Javier W. Enriquez</u> completed a course on personal financial management given <u>by internet</u> by <u>Solid Start Financial Education Services, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>July 29, 2024</u>    By: <u>/s/Lisa Susoev</u>

Name: <u>Lisa Susoev</u>

Title: <u>Teacher</u>

Case 5:24-bk-01499-MJC    Doc 14    Filed 07/29/24    Entered 07/29/24 11:32:20    Desc
Main Document    Page 1 of 1