United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Javier Winston Enriquez  
    Debtor

Case No. 24-01499-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2  
Date Rcvd: Jul 30, 2024     Form ID: ntcnfhrg     Total Noticed: 18

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Javier Winston Enriquez, 119 Gelso Court, Hawley, PA 18428-6061 |
| 5624681 | + | SWBC MORTGAGE, 425 PHILLIPS BLVD, EWING, NJ 08618-1430 |
| 5624684 | + | UPSTART/WSFS BANK, P.O. BOX 1503, SAN CARLOS, CA 94070-7503 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 30 2024 18:47:49 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5625924 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 30 2024 18:47:42 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5624674 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 30 2024 18:47:44 | CAPITAL ONE BANK USA NA, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 5624676 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jul 30 2024 18:46:00 | CREDIT COLLECTION SERVICES, 725 CANTON STREET, NORWOOD, MA 02062-2679 |
| 5624677 | + | Email/Text: EBN@edfinancial.com | Jul 30 2024 18:45:00 | ED FINANCIAL/ESA, 120 N SEVEN OAKS DR, KNOXVILLE, TN 37922-2359 |
| 5624679 | | Email/Text: collecadminbankruptcy@fnni.com | Jul 30 2024 18:46:00 | FNB OF OMAHA, PO BOX 3412, OMAHA, NE 68103 |
| 5624678 | | Email/Text: Bankruptcy@FMAAlliance.com | Jul 30 2024 18:46:00 | FMA ALLIANCE, PO BOX 2409, HOUSTON, TX 77252 |
| 5624675 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 30 2024 18:47:42 | CHASE CARD, PO BOX 15298, WILMINGTON, DE 19850 |
| 5632609 | + | Email/Text: RASEBN@raslg.com | Jul 30 2024 18:45:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5624680 | ^ | MEBN | Jul 30 2024 18:41:57 | KML LAW GROUP, STE 5000-BNY INDEPEN CTR, 701 MARKET STREET, PHILADELPHIA, PA 19106-1538 |
| 5630651 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 30 2024 18:46:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5624682 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jul 30 2024 18:46:00 | TOYOTA FINANCIAL SERVICES, PO BOX 8026, CEDAR RAPIDS, IA 52408-8026 |
| 5624683 | + | Email/Text: LCI@upstart.com | Jul 30 2024 18:45:00 | UPSTART NETWORK, PO BOX 61203, PALO |

| | | | | |
| --- | --- | --- | --- | --- |
| 5626795 | + Email/Text: EBN@edfinancial.com | | Jul 30 2024 18:45:00 | ALTO, CA 94306-6203 US Department of Education, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 5625863 | ^ MEBN | | Jul 30 2024 18:41:55 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |

TOTAL: 15

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2024 at the address(es) listed below:**

**Name** **Email Address**

Brent J Lemon
on behalf of Creditor SWBC Mortgage Corporation blemon@kmllawgroup.com

Jack N Zaharopoulos
TWecf@pamd13trustee.com

United States Trustee
ustpregion03.ha.ecf@usdoj.gov

Vincent Rubino
on behalf of Debtor 1 Javier Winston Enriquez
lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com

TOTAL: 4

| UNITED STATES BANKRUPTCY COURT |
|---|
| MIDDLE DISTRICT OF PENNSYLVANIA |

| In re: | | |
|---|---|---|
| Javier Winston Enriquez,<br>aka Javier W. Enriquez, aka Javier Enriquez, dba JT Trucks, LLC, | Chapter | 13 |
| | Case No. | 5:24−bk−01499−MJC |
| **Debtor 1** | | |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**August 29, 2024** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court<br>Max Rosenn US Courthouse,<br>Courtroom 2, 197 South Main<br>Street, Wilkes−Barre, PA 18701 | Date: September 5, 2024<br><br>Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: DaneishaDunbarYancey, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: July 30, 2024 |

ntcnfhrg (08/21)