IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re, <br><br> JAVIER WINSTON ENRIQUEZ A/K/A JAVIER W. ENRIQUEZ A/K/A JAVIER ENRIQUEZ D/B/A JT TRUCKS, LLC <br>    Debtor, <br><br> TOYOTA MOTOR CREDIT CORPORATION, <br>    Movant, <br><br>           v. <br><br> JAVIER WINSTON ENRIQUEZ, and JACK N ZAHAROPOULOS, Trustee, <br>    Respondents. | Bankruptcy No. 5:24-bk-01499-MJC <br><br> Chapter 13 |

## CERTIFICATE OF NO OBJECTION OR RESPONSE TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY (DOC. NO. 26)

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay, filed at Doc. No. 26 and served on the Respondents herein, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the motion appears thereon. Pursuant to the Notice of Hearing, objections to the motion were to be filed and served no later than December 9, 2024.

It is hereby respectfully requested that the Order attached to the Movant's Motion for Relief from the Automatic Stay be entered by the Court.

Respectfully submitted,

By: /s/ Keri P. Ebeck
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@bernsteinlaw.com
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
Phone - (412) 456-8112
Dated: December 10, 2024    Fax - (412) 456-8135

*Counsel for Toyota Motor Credit Corporation*