| | |
|---|---|
| In re: | Case No. 24-01499-MJC |
| Javier Winston Enriquez | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2
Date Rcvd: Jan 12, 2026     Form ID: pdf010     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| + | JT Trucks LLC, 119 Gelso Court, Hawley, PA 18428-6061 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2026      Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor SWBC Mortgage Corporation bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Eliza Garifullina | on behalf of Creditor Ally Bank ANHSOrlans@InfoEx.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Keri P Ebeck | on behalf of Creditor Toyota Motor Credit Corporation kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;politicsci2@gmail.com;agilbert@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Matthew K. Fissel | on behalf of Creditor SWBC Mortgage Corporation bkgroup@kmllawgroup.com wbecf@brockandscott.com |
| Robert J Kidwell, III | |

        on behalf of Debtor 1 Javier Winston Enriquez rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com

United States Trustee

        ustpregion03.ha.ecf@usdoj.gov

Vincent Rubino

        on behalf of Debtor 1 Javier Winston Enriquez
        lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.
        com;swiggins@newmanwilliams.com

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>JAVIER WINSTON ENRIQUEZ<br>  AKA JAVIER W. ENRIQUEZ<br>  AKA JAVIER ENRIQUEZ<br>  DBA JT TRUCKS, LLC<br><br>      Debtor | Chapter 13<br>Case No. 24-01499-MJC |
| ALLY BANK<br><br>      Movant<br><br>v.<br><br>JAVIER WINSTON ENRIQUEZ<br>  AKA JAVIER W. ENRIQUEZ<br>  AKA JAVIER ENRIQUEZ<br>  DBA JT TRUCKS, LLC<br>    (Debtor)<br><br>JT TRUCKS LLC<br>    (Co-Debtor)<br><br>JACK N ZAHAROPOULOS<br>    (Trustee)<br><br>      Respondents | |

**ORDER**

Upon consideration of the Motion for Relief from Automatic Stay filed by Ally Bank, after Notice and opportunity for a hearing, no response having been filed, it is hereby ORDERED:

1. The Motion is GRANTED.

2. The automatic stay imposed by 11 U.S.C. § 362(a) is hereby modified for purposes of permitting the Movant to proceed and continue with an action to sale with respect to the

2015 International 4300 VIN No. 1HTMMMMM8GH746799 (the "Vehicle") to repossess, levy and sell the Vehicle, and to pursue its remedies under state law in connection with the loan documents.

3. The time period specified in Fed. R. Bankr. P. 4001(a)(4) is waived to allow Ally Bank to immediately liquidate the Vehicle.

4. This grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: January 12, 2026