IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: JAVIER WINSTON ENRIQUEZ<br>a/k/a JAVIER W. ENRIQUEZ<br>a/k/a JAVIER ENRIQUEZ<br>dba JT TRUCKS, LLC<br><br>Debtor,<br><br>SWBC MORTGAGE CORPORATION<br><br>Movant,<br>vs.<br><br>JAVIER WINSTON ENRIQUEZ<br>a/k/a JAVIER W. ENRIQUEZ<br>a/k/a JAVIER ENRIQUEZ,<br>dba JT TRUCKS, LLC<br>JACK N. ZAHAROPOULOS,<br><br>Respondents, | : | Chapter 13<br>Case No. 5: 24-bk-01499-MJC<br><br>Answer to Motion for Relief |

**ANSWER TO MOTION FOR RELIEF**
**ON BEHALF OF DEBTOR**

AND NOW comes the Debtor, Javier Winston Enriquez, by and through his attorneys, Newman Williams, P.C., and answers the Motion for Relief from Automatic Stay by SWBC Mortgage Corporation., as follows:

1. Admitted upon information and belief.
2. Admitted.
3. Admitted.
4. Admitted upon information and belief.
5. Admitted.
6. Denied. This is a legal conclusion to which no response is required. If the Court

determines there to be a factual averment requiring response, it is specifically denied.

7. Denied. After reasonable investigation, Debtor is without knowledge sufficient to form a belief as to the truth of these averments and therefore the averments are denied.
8. Denied. After reasonable investigation, Debtor is without knowledge sufficient to form a belief as to the truth of these averments and therefore the averments are denied.
9. Denied. This is a legal conclusion to which no response is required. If the Court determines there to be a factual averment requiring response, it is specifically denied.
10. Denied. This is a legal conclusion to which no response is required. If the Court determines there to be a factual averment requiring response, it is specifically denied.
11. Denied. This is a legal conclusion to which no response is required. If the Court determines there to be a factual averment requiring response, it is specifically denied.

**WHEREFORE,** Debtor respectfully requests an Order of this Court denying the Motion of SWBC Mortgage Corporation for Relief from the Automatic Stay.

Respectfully Submitted,

**NEWMAN WILLIAMS, P.C.**

By: /s/ George Searfoss, Esq.
George Searfoss, Esq.
712 Monroe Street
Stroudsburg, PA 18360
P: 570-421-9090
F: 570-424-9739
gsearfoss@newmanwilliams.com
*Attorney for Debtor*

Date: September 15, 2026